UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) No. 4:09-CV-1788 (CEJ) |
| ST. LOUIS BRICK and STONE CO., | ) ) ) |
| Defendant. | ) |

## AMENDED MEMORANDUM AND ORDER

This matter is before the Court on plaintiffs' motion to amend the Judgment entered on February 9, 2010. Plaintiffs note that the Court denied their request for attorney's fees "because plaintiffs did not state what portion of the attorney's fees were incurred in 2009 and 2010." (Doc. #10, at 1). Plaintiff attached to its motion a supplemental affidavit of Michael E. Evans which explains when the attorney's fees were incurred.

Having reviewed the plaintiffs' motion to amend and the affidavit of plaintiffs' counsel, the Court finds that plaintiffs have established that they are entitled to recover attorneys' fees in the amount of $362.50. Therefore, the judgment will be amended to include this amount.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to amend the Judgment dated February 9, 2010 [Doc. #10] is **granted**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 30th day of March, 2010.